UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LISA ORLANDO,

                              Plaintiff,

                                                                **ORDER**
                 -against-                                 17 CV 2001 (MKB) (CLP)

THE CITY OF NEW YORK *et al.*,

                              Defendants.
------------------------------------------------------------ X

**POLLAK**, United States Magistrate Judge:

Plaintiff Lisa Orlando filed this action against the City of New York and police officer

whose names are unknown at this time. (See generally Compl.,[1] Apr. 6, 2017). She brings

claims against the officers for assault, battery, false arrest and imprisonment, malicious

prosecution, abuse of process, and denial of equal protection. (See, e.g., id. ¶ 2). Plaintiff also

seeks to hold the City of New York liable under Monell v. Department of Soc. Servs., 436 U.S.

658 (1978), for policies, practices, and customs she alleges caused the injuries set forth in her

Complaint. (See Compl. ¶¶ 18-25).

On October 25, 2017, plaintiff's attorney, Harlan Greenberg, filed a letter with the Court

seeking permission to withdraw as counsel for Ms. Orlando. (See Greenberg Mot.,[2] Oct. 25,

2017). Mr. Greenberg claims that information provided by defense counsel at the initial

conference in this matter "raised many significant factual issues which have clearly changed

[his] view of what may have transpired during [p]laintiff's arrest." (Id. at 1). Those disclosures

---

[1] Citations to "Compl." refer to plaintiff's Complaint filed on April 6, 2017, ECF No. 1.

[2] Citations to "Greenberg Mot." refer to the Motion to Withdraw as Counsel filed by Harlan
Greenberg on October 25, 2017, ECF No. 15.

caused counsel's relationship with the plaintiff to start to erode. (Id.)

Mr. Greenberg advises the Court that he "forwarded a letter to Ms. Orlando setting forth what was disclosed and transpired at the initial conference. We further demanded that she contact us upon receipt of that letter[.]" (Id.) Plaintiff did not respond to the letter, nor did she respond to various phone calls and voicemail messages Mr. Greenberg's firm left for her thereafter. (Id.)

Accordingly, plaintiff Lisa Orlando is hereby ORDERED to show cause why counsel's motion to withdraw should not be granted. Plaintiff is further ORDERED to appear before this Court at a conference scheduled for **November 15, 2017 at 9:30 a.m.** to address counsel's motion. In the alternative, plaintiff may obtain new counsel and the new attorney enter an appearance in this matter and attend the conference. Mr. Greenberg is to attend in person unless plaintiff's new counsel enters an appearance by November 14, 2017.

Mr. Greenberg is ORDERED to send a copy of this Order to plaintiff Lisa Orlando by regular mail and by Certified Mail, return receipt requested, and to file the return receipt with the Court. He is further ordered to send a copy of this Order to plaintiff by e-mail and to communicate the substance of this Order to plaintiff by phone.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
October 30, 2017

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

2